**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**1:2024-cv-00183**

LARRY GRAY BLAKLEY SR.,

*Plaintiff*,

v.

SERGEANT JOSH MABE, in his individual and official capacity as Deputy for Stokes County Sheriff; SHERIFF JOEY LEMONS, in his official capacity as Sheriff of Stokes County, North Carolina; DEPUTY CODY SMITH, in his individual and official capacity as Deputy for Stokes County Sheriff; DEPUTY MONTY G. WOLFE, in his individual and official capacity as Deputy for Stokes County Sheriff; CAPTAIN TERRY DALTON in his individual and official capacity as a Captain for Stokes County Sheriff; and WESTERN SURETY COMPANY,

*Defendants*.
______________________________________/

**DECLARATION OF PLAINTIFF LARRY BLAKLEY IN SUPPORT OF COMPLAINT**

## DECLARATION OF LARRY G. BLAKLEY SR.

Pursuant to 28 U.S.C. § 1746, I, Larry G. Blakley, hereby declares as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to make this declaration. The written testimony below is based on my personal knowledge, observations, and experiences.

2. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

3. This declaration is submitted in support of the instant Complaint.

4. I am currently 78 years old and live with my daughter, Shannon Goins, in Stokes County, North Carolina. I am submitting this Declaration in support of my complaint against the Stokes County Sheriff, Joey Lemons, Captain Dalton, Deputy Mabe, Deputy Smith, Deputy Monty Wolfe, and Western Surety Company.

5. On March 4, 2021, I was living alone at 107 Carson Circle Road in Stokes County, North Carolina. It was dark, around 8:30 PM, when I heard loud knocking on my door. I was not expecting anyone. I heard someone yelling law enforcement and I made my way to the door. I was 75 years old at the time and don't move quickly.

6. I opened the door and saw at least three deputies. At least one of them asked if they could come inside, and I said no.

7. Someone said they were there for a warrant on Larry Blakley. My son is named Larry Blakley, Jr., and I told them they had the wrong person. I voluntarily showed them my identification and told them that my son did not live with me.

8. The officers pushed their way into my house, grabbed me, and threw me onto the floor. These officers, who I believe to be Deputies Mabe, Smith, and Wolfe of the Stokes County Sheriff's Office, punched and kicked me while I was on the ground. I remember kicks to my legs, belly, sides, back, and butt. Someone stomped on my hand and kicked me in the forehead.

9. After I was thrown on the ground, but before the beating stopped, one of the deputies put me in handcuffs. The kicking kept going even after they had the handcuffs on me.

10. The Defendant deputies went on to search my home without my permission.

11. I was in a lot of pain after being thrown to the ground and beaten, but none of the officers offered any medical treatment or to take me to the hospital. They took me to the jail instead.

12. One of the deputies put me in the patrol car with my hands still in handcuffs, but he did not put a seatbelt on me. I was falling over in the backseat as he drove because I could

not brace myself. I was in a lot of pain before, and this made it worse. I believe the officer that was driving did this on purpose to cause more pain, injury, and humiliation.

13. As one deputy was walking me into the jail, he threatened to "flatten my ass" and hurt me again. I tied to comply with every request he made after that and to give him no reason for another attack.

14. I was in a lot of pain but did not complain about it because I wanted this whole thing to be over. Eventually, that same deputy took me home.

15. One I was finally back home and there were no more deputies around, I called my daughter, Shannon Goins, to tell her what happened. I told her how much pain I was in and that I was having trouble breathing. She called for an ambulance.

16. EMS picked me up and home and took me to the emergency room. I felt horrible. They gave me IV medicine but that pain was still severe. I had a lot of tests done at the hospital and it showed a broken rib and two broken vertebrae. The bruising was starting to show and it was massive.

17. The next morning, I was back home and my daughter Shannon and granddaughter Amanda Blakley were there. I told them both what happened and Amanda took pictures of my bruises with her phone.

18. I was listening as Amanda called Cpt. Terry Dalton of the Stokes County Sheriff's Office and demand to file a complaint against the deputies. Dalton was stand-offish and said he had "already seen the videos" and there was no need to file a complaint. Amanda insisted so the three of us went to the Sheriff's office in Danbury.

19. Once we got to Cpt. Dalton's office, Amanda showed him the photos of my bruising. Cpt. Dalton's demeanor changed after he saw them. He said that the office had received complaints about these officers, Mabe, Smith, and Wolfe, before and that they feed off each other. Amanda and I were able to tell Cpt. Dalton our complaints, but he did not have us give a statement or give us any forms. Cpt. Dalton did not give us a file number or follow-up with us after this one conversation.

20. The bruising and swelling after this attack on March 4, 2021 took a long time to heal. I have been in constant pain since the, but it is better now than right after the attack. I have trouble moving that I did not have before the incident. I move very slowly and can be unsteady. Now I have constant back pain, trouble walking and with balance, trouble breathing. I have been hospitalized several times since this accident.

21. I don't live on my own anymore and now stay with my daughter, Shannon.

22. My son, Larry Blakley Jr., shares my name, but I am 22 years older than he is. We also do not look alike. Larry Blakley, Jr. has a had a few run-ins with the Sheriff's office in the past and I believe that the deputies who were at my house knew what Larry Blakley, Jr. looked like. We have vastly different appearances. If they had looked at the arrest warrant to see who it was actually for, they would not have come to my house. My address was not even on the warrant.

23. As of March 4, 2021, I had not had any contact with Larry Blakley, Jr. since October 2020. He did not stay with me and did not visit. There was no reason to believe that he would have been at my house on March 4, 2021.

24. These officers brutally attacked and permanently injured me on March 4, 2021. I did not do anything to deserve this.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Mar 4, 2024

Larry G Blakley Sr (Mar 4, 2024 16:50 EST)

Larry G. Blakley Sr.