**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**1:2024-cv-00183**

LARRY GRAY BLAKLEY SR.,

*Plaintiff*,

v.

SERGEANT JOSH MABE, in his individual and official capacity as Deputy for Stokes County Sheriff; SHERIFF JOEY LEMONS, in his official capacity as Sheriff of Stokes County, North Carolina; DEPUTY CODY SMITH, in his individual and official capacity as Deputy for Stokes County Sheriff; DEPUTY MONTY G. WOLFE, in his individual and official capacity as Deputy for Stokes County Sheriff; CAPTAIN TERRY DALTON in his individual and official capacity as a Captain for Stokes County Sheriff; and WESTERN SURETY COMPANY,

*Defendants*.
_____________________________________/

**AFFIDAVIT OF SHANNON GOINS IN SUPPORT OF COMPLAINT**

**AFFIDAVIT OF SHANNON GOINS**

I, Shannon Goins, upon being duly sworn and under penalty of perjury, make the following statement of my own free will and accord:

1. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I am over the age of 18, of sound mind, and otherwise competent to make this Affidavit. The written testimony below is based on my personal knowledge, observations, and experiences.

3. I am the daughter of Larry Blakley, Sr. On March 4, 2021, I learned that my father had been attacked by Stokes County Sheriff's Deputies earlier that evening.

4. On March 4, 2021, my father called me and told me he had been arrested and beaten by Sheriff's office. I could hear from his voice that he was in a lot of pain. He told me where he was hurting and that he was having trouble breathing. I was very concerned and called for an ambulance to check on him.

5. EMS picked up my father from his home and took him to the emergency room. I met him there.

6. My father was in severe pain at the hospital despite being on IV medications. I could see bruising forming on his legs, arms, and midsection where I could see it. It was clear that the bruising would be widespread but I was not prepared for how bad it was the next day.

7. The morning of March 5, I was at my father's home with my niece, Amanda Blakley. When my father showed us the bruising, I was shocked. He had huge, deep purple bruising along the right side of his body, extending around his abdomen and his buttocks. There was a white strip of no bruises where his body bent as he tried to protect himself. The bruising pattern showed that something struck him hard. My grandfather told us that these areas are where the deputies kicked and punched him the night before after they threw him on the ground. Amanda took pictures of the injuries with her phone.

8. Again, I was shocked. I joined Amanda as she called Captain Dalton of the Stokes County Sheriff's Office. He told us on the phone that he had already seen the tapes and there was no need to file a complaint. I, along with Amanda, was not going to let this go, so we went with my father to the Sheriff's office.

9. Once we arrived at the Sheriff's office, Captain Dalton was stand-offish and asked why we wanted to file a complaint. Amanda showed Captain Dalton the photographs of my father's injuries on my phone, and his tone changed.

10. Captain Dalton seemed to know which officers were involved and told us that the office had received complaints about "these deputies" before. He made a comment that these deputies feed off each other. I understood him to mean that

when these particular deputies work together, situations tend to escalate and that there had been previous complaints of excessive force against all of them. They never should have been working together at my father's house.

11. It was our intent to file a complaint against each of the officer's who interacted with Larry Blakley, Sr. on March 4, 2021. I believe Captain Dalton understood that intent. However, Captain Dalton never had any of use write or sign any statement or other paperwork. He did not provide us with any sort of file or case number. To my knowledge, Captain Dalton did not take any action in response to our conversations.

12. I now believe that Captain Dalton did not document this as a formal complaint against anyone. We gave him information and photos a of the injuries to my grandfather, but it is my understanding that there was no investigation and no action was taken against any of the deputies involved.

13. After this incident, my father's general health deteriorated Even after the bruises finally healed, he was not able to move as well as he used to. He has bad back pain, trouble getting out of bed or a chair, and difficulty walking. He is not able to take care of himself and has moved in with me. My father cannot take care of himself and requires help with most every activity, even basics like getting dressed and preparing food.

14. My father has also become fearful since this incident. He believes that the Sheriff's Department will retaliate against him for complaining after it happened and even moreso for filing a lawsuit. He talks about the attack frequently and it affects him physically. He gets nervous, agitated, and jumpy. I believe he would benefit greatly from counseling.

Further affiant sayeth not.

**[SIGNATURE ON NEXT PAGE]**

I signed this affidavit on 03/04/2024 at Rural Hall ,North Carolina.

Shannon Lea Goins

Shannon Goins

State of Florida

County of Broward

Subscribed and Sworn to Before Me
This 4th day of March, 2024.

Peta-Gaye Anderson

Notary Republic
My Commission Expires:03/09/2025

Peta-Gaye Anderson

by Shannon Lea Goins

Type of ID produced: NC DRIVER LICENSE/KBA

___ Personally Known OR ✓ Produced Identification

Notarized remotely online using communication technology via Proof.

NOTARY PUBLIC • STATE OF FLORIDA •
PETA-GAYE ANDERSON
Notary Public - State of Florida
Commission # HH 102153
Expires on March 9, 2025