**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**1:2024-cv-00183**

LARRY GRAY BLAKLEY SR.,

*Plaintiff*,

v.

SERGEANT JOSH MABE, in his individual and official capacity as Deputy for Stokes County Sheriff; SHERIFF JOEY LEMONS, in his official capacity as Sheriff of Stokes County, North Carolina; DEPUTY CODY SMITH, in his individual and official capacity as Deputy for Stokes County Sheriff; DEPUTY MONTY G. WOLFE, in his individual and official capacity as Deputy for Stokes County Sheriff; CAPTAIN TERRY DALTON in his individual and official capacity as a Captain for Stokes County Sheriff; and WESTERN SURETY COMPANY,

*Defendants*.
_____________________________________/

**DECLARATION OF AMANDA BLAKLEY IN SUPPORT OF COMPLAINT**

## DECLARATION OF AMANDA BLAKLEY

Pursuant to 28 U.S.C. § 1746, I, Amanda Blakley, hereby declares as follows:

1. I am I am the granddaughter of Larry Blakley, Sr. On March 5, 2021, I learned that my grandfather had been attacked by Stokes County Sheriff's Deputies the night before.

2. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

3. This declaration is submitted in support of the instant Verified Complaint filed by Plaintiff, Larry Gray Blakley Sr. on March 4, 2024 in the United States District Courts Middle District of North Carolina.

4. To my knowledge, all of the facts stated in this declaration are true and correct.

5. I am over 18 years of age. I reside in Stokes County, North Carolina. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

6. I am the granddaughter of Larry Blakley, Sr. On March 5, 2021, I learned that my grandfather had been attacked by Stokes County Sheriff's Deputies the night before.

7. This Affidavit is submitted in support of the Complaint filed by Plaintiff, Larry Gray Blakley Sr. on March 4, 2024 in the United States District Courts Middle District of North Carolina.

8. On March 5, 2021, I went to my grandfather, Larry Blakley, Sr.'s home to see him for myself. He was in a lot of pain and not moving well. I could see some deep bruising showing and asked him to show me all of it.

9. I took photos of the injuries that I could see using my phone. The images here are the photographs I took and fairly and accurately depict the injuries to Larry Blakley, Jr. as they appeared on March 5, 2021.

10. The two images below reflect my grandfather's injuries on May 5, 2021.



11. After taking the pictures, I called Captain Terry Dalton of the Stokes County Sheriff's Department to file a complaint about the officers. I told Captain Dalton why I was calling, and he told me that he had "**already seen the tapes**" and there was no need to file a Complaint. Captain Dalton sounded annoyed that I was bothering him. I insisted that I wanted to file a complaint on the officers involved, and Captain Dalton told me I could come to the office to do so.

12. I drove to the Sheriff's office in Danbury, NC with my grandfather, Larry Blakley Sr. and my aunt, Shannon Goins. We went into the office and spoke to Captain Dalton directly.

13. Captain Dalton was not welcoming and did not offer us any forms to file a complaint. Instead, he was standoffish and asked why we wanted to file a complaint. I showed Captain Dalton the photographs of my grandfather's injuries on my phone.

14. Captain Dalton's tone changed immediately after showing him the photos. He asked me to email them to him, and I did.

15. Captain Dalton told us that the office had received complaints about "**these deputies**" before and that they feed off each other. I do not remember if he specifically named

each officer, but I understood him to mean that when these officers work together, situations tend to escalate and that there had been previous complaints of excessive force against all of them.

16. It was my intent to file a Complaint against each of the officers who interacted with Larry Blakley, Sr. on March 4, 2021. I believe Captain Dalton understood my intent.

17. Captain Dalton never had me, my aunt Shannon Goins, or my grandfather Larry Blakley write or sign any statement or other paperwork. He did not provide us with any sort of file or case number. To my knowledge, Captain Dalton did not take any action in response to our conversations.

18. I now believe that Captain Dalton did accept the information from me as a "complaint" and ignored them.

19. After this incident, I saw my grandfather's general health deteriorate. Even after the bruises finally healed, he was not able to move as well as he used to. He has bad back pain, trouble getting out of bed or a chair, and difficulty walking. He is not able to take care of himself and has moved in with my aunt, Shannon Goins. Now, he hardly leaves the house.

20. My grandfather has also become fearful since this incident. He believes that the Sheriff's Department will retaliate against him for complaining after it happened and even moreso for filing a lawsuit. He talks about the attack frequently and it affects him physically. He gets nervous, agitated, and jumpy. I believe he would benefit greatly from counseling.

21. I have learned that one of the deputies involved is former Stokes County Sheriff Deputy Josh Mabe. I grew up with his younger brother. Additionally, my younger brother has had interactions with law enforcement, specifically Deputy Mabe. My brother complained about Mabe using excessive force well before this incident with my grandfather. I do not believe the Stokes County Sheriff's Office handles complaints appropriately and lets officers use excessive force unchecked.

22. On March 4, 2021, Larry Blakley, Jr. did not live with my grandfather and to my knowledge was not even communicating with him at that time. Neither Josh Mabe, Cody Smith, nor Monty Wolfe tried to correctly identify the Blakley whom the warrant was for.

23. My grandfather is not a dangerous or threatening man. He did not deserve to be beaten by anyone, much less officers who should be protecting people and not attacking them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Mar 4, 2024

Amanda n blakley (Mar 4, 2024 13:20 EST)

Amanda Blakley