# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | | |
|---|---|---|
| LARRY GRAY BLAKLEY SR. *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CV-00183 |
| SERGEANT JOSH MABE et. al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, LARRY GRAY BLAKLEY SR. .

Date: MARCH 5, 2024

/s/ Micheal L. Littlejohn Jr.
*Attorney's signature*

Micheal L. Littlejohn Jr. NC Bar #49353
*Printed name and bar number*

PO BOX 16661
CHARLOTTE, NORTH CAROLINA 28297
*Address*

mll@littlejohn-law.com
*E-mail address*

704-322-4581
*Telephone number*

704-625-9396
*FAX number*

Print Save As... Reset