IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:24-cv-00183-WO-LPA

LARRY GRAY BLAKLEY, SR.,

Plaintiff,

v.

SERGEANT JOSH MABE, in his individual and official capacity as Deputy for Stokes County Sheriff; SHERIFF JOEY LEMONS, in his official capacity as Sheriff of Stokes County, North Carolina; DEPUTY CODY SMITH, in his individual and official capacity as Deputy for Stokes County Sheriff; DEPUTY MONTY G. WOLFE, in his individual and official capacity as Deputy for Stokes County Sheriff; CAPTAIN TERRY DALTON, in his individual and official capacity as a Captain for Stokes County Sheriff; and WESTERN SURETY COMPANY,

Defendants.

**NOTICE OF SETTLEMENT**

The Parties notify the Court that they have reached a settlement in this case. The Parties anticipate that a dismissal will be filed within sixty days.

In light of the settlement, the Parties ask that the initial pretrial hearing, scheduled for April 27, 2026, be cancelled or continued.

Dated April 8, 2026

s/ Micheal Littlejohn
*Plaintiff's Counsel*

s/Jim Morgan
*Defendants' Counsel*